IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNEST EUGENE HOWARD, (TDCJ-CID #1580049), Petitioner, | § § § § § | |
| VS. | § | CIVIL ACTION NO. H-12-0026 |
| RICK THALER, Respondent. | § § § § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on April 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge